**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MORGAN KUKOVEC,
INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY
SITUATED,

*Plaintiff,*

Case No. 1:22-cv-03829

Hon. Jeffrey T. Gilbert, *presiding*

L'ORÉAL USA, INC. D/B/A
L'ORÉAL PARIS,

*Defendant.*

## JOINT MOTION FOR ENTRY OF STIPULATED ESI PROTOCOL

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure (the "Rules"), Plaintiff

Morgan Kukovec ("Plaintiff" or "Kukovec") and Defendant L'Oréal USA, Inc. ("L'Oréal USA")

("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby jointly

request that the Court enter a Stipulated ESI Protocol. In support of this motion, the Parties state

as follows:

1.      The Parties have negotiated a Stipulated ESI Protocol, which was previously filed

as Dkt. #86.

2.      According to the Court's procedures under Submitting a Proposed Order, and in

accordance with the Court's Minute Entry, Dkt. #89, the Parties are simultaneously submitting

to the Court a proposed Stipulated ESI Order.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court

enter the Stipulated Protective Order.

1

Date: February 4, 2025                                      Respectfully Submitted,


*/s/ Elizabeth C. Chavez, Esq.*
Elizabeth C. Chavez
Kathleen C. Chavez
Bret K. Pufahl
FOOTE, MIELKE, CHAVEZ & O'NEIL,
LLC
1541 E. Fabyan Parkway, Suite 101
Geneva, IL 60134
Telephone: (630) 232-7450
ecc@fmcolaw.com
kcc@fmcolaw.com
bkp@fmcolaw.com


*/s/ Hassan A. Zavareei*
Hassan A. Zavareei (Pro Hac Vice)
Allison W. Parr (Pro Hac Vice)
Shana H. Khader (Pro Hac Vice)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
hzavareei@tzlegal.com
aparr@tzlegal.com
skhader@tzlegal.com


*Counsel for Plaintiff*

*/s/ Aaron D. Charfoos*
Aaron D. Charfoos
Adam M. Reich
Emma J. Lanzon
PAUL HASTINGS LLP
71 S. Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
aaroncharfoos@paulhastings.com
adamreich@paulhastings.com
emmalanzon@paulhastings.com

*Counsel for Defendant,*
*L'ORÉAL USA, INC.*

2