IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MORGAN KUKOVEC, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>L'ORÉAL USA, INC. D/B/A L'ORÉAL PARIS,<br><br>*Defendant.* | Case No. 1:22-cv-03829<br><br>Hon. Martha M. Pacold, *presiding*<br>Hon. Jeffrey T. Gilbert, *Magistrate* |

**JOINT MOTION TO SCHEDULE SETTLEMENT CONFERENCE AND STAY PROCEEDINGS**

Plaintiff Morgan Kukovec ("Kukovec" or "Plaintiff") and Defendant L'Oréal USA, Inc. ("L'Oréal USA" or "Defendant") (together, Plaintiff and Defendant are referred to herein as the "Parties"), by and through their respective undersigned counsel, hereby ask this Court to schedule a settlement conference and to stay proceedings pending the outcome of that settlement conference and, in support of this motion, state as follows:

1. On June 16, 2025, the Parties submitted a Joint Status Report informing the Court of the work required to complete Phase 1 discovery. Dkt. 99. In the Joint Status Report, the Parties stated that they were discussing a settlement conference and may request a stay of proceedings pending the outcome of that settlement conference. *Id.*

2. In their Joint Status Report, the Parties also requested an extension of the Phase 1 discovery deadline. Plaintiff requested an extension through December 16, 2025, and

Defendant requested an extension through August 31, 2025. *Id.*

3. On June 30, 2025, the Court extended the Phase 1 discovery deadline through August 31, 2025. Dkt. 101. The Court also scheduled a status hearing for July 9, 2025. *Id.*

4. The Parties have conferred since the Court's June 30, 2025 minute order and, in order to conserve the Parties' and this Court's resources, now request a settlement conference before the Honorable Jeffrey T. Gilbert or another Magistrate Judge in the Northern District of Illinois, as determined and referred to by Judge Gilbert, to discuss resolution of this matter.

5. Further, to avoid additional expenses while engaging in a good faith attempt to resolve this case before Magistrate Judge Gilbert, the Parties request a stay of proceedings pending the outcome of the settlement conference.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting their Joint Motion to Schedule Settlement Conference and Stay Proceedings.

Date: July 7, 2025                                      Respectfully Submitted,

/s/ Elizabeth C. Chavez                         /s/ Aaron D. Charfoos
Elizabeth C. Chavez                              Aaron D. Charfoos
Kathleen C. Chavez                               Adam M. Reich
Bret K. Pufahl                                         Emma J. Lanzon
FOOTE CHAVEZ LAW, LLC                PAUL HASTINGS LLP
1541 E. Fabyan Parkway, Suite 101      71 S. Wacker Drive, Suite 4500
Geneva, IL 60134                                   Chicago, IL 60606
Telephone: (630) 232-7450                   Telephone: (312) 499-6000
ecc@fmcolaw.com                                aaroncharfoos@paulhastings.com
kcc@fmcolaw.com                                adamreich@paulhastings.com
bkp@fmcolaw.com                                emmalanzon@paulhastings.com

Hassan A. Zavareei (Pro Hac Vice)      *Counsel for Defendant,*
Allison W. Parr (Pro Hac Vice)             *L'ORÉAL USA, INC.*
Shana H. Khader (Pro Hac Vice)

TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
hzavareei@tzlegal.com
aparr@tzlegal.com
skhader@tzlegal.com

Amy Keller
Nada Djordjevic
James Ulwick
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Steven Nathan
Ian Engdahl
HAUSFELD LLP
1200 17th Street, N.W.
Suite 600
Washington, D.C. 20036
snathan@hausfeld.com
iengdahl@hausfeld.com

*Counsel for Plaintiff*