# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Morgan Kukovec

                              Plaintiff,

v.                                                                       Case No.: 1:22−cv−03829
                                                                            Honorable Jeffrey T. Gilbert

L'Oreal USA, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2025:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status and motion hearing held on 7/9/25. A continued status hearing is set for 7/29/25 at 10:30 a.m. in−person in Courtroom 1386. The parties' Joint Motion to Schedule Settlement Conference and Stay Proceedings [102] is granted for the reasons stated on the record. The Court informed the parties that if settlement is a realistic possibility in this case that will be tried before this magistrate judge on consent, the Court will recruit another judge for the settlement conference. At the parties' request [102], discovery is stayed through at least the next status hearing. Plaintiff's settlement letter shall be delivered to Defendant, with a copy delivered to the Court via the Court's settlement correspondence email at Settlement_Correspondence_Gilbert@ilnd.uscour ts.gov, on or before 7/16/25. Defendant's settlement letter shall be delivered to Plaintiff, with a copy delivered to the Court via the Court's settlement correspondence email at Settlement_Correspondence_Gilbert@ilnd.uscour ts.gov, on or before 7/23/25. Settlement letters are not to be filed on the CM−ECF system. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.